

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-23-00553-CR & 04-23-00554-CR

Frank **VELASQUEZ**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 19-04-08010-MCR
Honorable Elma T. Salinas-Ender, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgments of the trial court are AFFIRMED.

SIGNED June 20, 2024.

_____
Rebeca C. Martinez, Chief Justice